## IN RE Robert E. WEST, No. 351-80

July 7, 1982. The conviction of Robert E. West for violations of 18 U.S.C. §§ 1001 and 1014 having been affirmed by the United States Court of Appeals for the Second

Circuit, it is hereby ordered that Robert E. West is removed from the office of attorney and counsellor at law and his name is stricken from the rolls.